STATE OF MISSOURI, Respondent, v. EDWARD B. GOFF, Appellant.

St. Louis Court of Appeals, April 7, 1897.

Criminal Law : MISDEMEANOR: SALE OF INTOXICATING LIQUORS BY PRO-
PRIETOR OF DRUG STORE. The owner or part owner of a drug store is
not amenable to the provisions of the dramshop law, but under the
law governing sales of intoxicating liquors by druggists (R. S. 1889,
secs. 4611–4622). State v. Williams, 69 Mo. App. 286.

*Appeal from the Madison Circuit Court.*—HON. J. D.
Fox, Judge.

REVERSED AND DEFENDANT DISCHARGED.

No briefs filed.

BOND, J.—The information in this case charges the defendant with selling whisky in violation of the dramshop law. Upon a plea of not guilty there was a trial and verdict in favor of the state assessing a fine of $40. From a judgment in accordance, defendant appealed.

The undisputed evidence shows that the defendant was the half owner in a drug store conducted at Marquand, Missouri, at the time of the offense complained of, and while the evidence shows *conclusively* that defendant violated the law governing sales of intoxicating liquors by druggists, he was not proceeded against under the statutes regulating the sales of liquors by druggists. R. S. 1889, secs. 4611 to 4622; *State v. Wil-*

*liams*, 69 Mo. App. 286. The information should have been framed under these statutes. The defendant was not amenable to the provisions of the dramshop law under which he was charged in the present case. For this reason we are *constrained* to reverse the judgment and discharge the defendant.

It is so ordered. All concur.